UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RUDDEN,

    Plaintiff,

v.

RAYMOND GIOIOSA,

    Defendant.

No. 2:22-cv-1837 DJC DB PS

ORDER TO SHOW CAUSE

Plaintiff David Rudden is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On November 28, 2022, plaintiff requested entry of defendant's default. (ECF No. 7.) On December 1, 2022, the Clerk of the Court entered defendant's default. (ECF No. 8.) On April 10, 2023, the undersigned issued plaintiff an order to show cause due to plaintiff's failure to prosecute this action. (ECF No. 10.)

On October 27, 2023, plaintiff filed a notice of change of address stating that any mail sent to plaintiff's "previous address after January 17, 2023, was not received." (Id. at 1.) The filing also includes a declaration from plaintiff stating that plaintiff had "been combating a serious illness" but "resumed . . activities to prosecute this matter" and would "file a motion for entry of default judgment in the coming next week or so." (ECF No. 11-1 at 2.) Plaintiff, however, has not filed any motion in this action.

Accordingly, plaintiff is advised that due to plaintiff's lack of activity it appears that plaintiff has failed to prosecute this action. Given plaintiff's pro se status, and in the interests of justice, the court will provide plaintiff with an opportunity to show good cause for plaintiff's conduct.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution[1]; and

2. Plaintiff is cautioned that the failure to timely comply with this order may result in a recommendation that this case be dismissed.

Dated:  November 22, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/rudden1837.dlop.osc

---

[1] Plaintiff may comply with this order by moving forward with prosecuting this action. Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2