## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DAVID RUDDEN,**

CASE NO: **2:22–CV–01837–DJC–DB**

v.

**RAYMOND GIOIOSA,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 08/01/2024**

                          **Keith Holland**
                          Clerk of Court

ENTERED:  **August 2, 2024**

                     by: /s/ J. Murphy
                          Deputy Clerk